## Bayou, Incorporated, Liquor License Case.

Argued September 18, 1967. *I. Harry Checchio*, Special Assistant Attorney General, with him *James Iannucci*, Special Assistant Attorney General, *Thomas J. Shannon*, Assistant Attorney General, and *William C. Sennett*, Attorney General, for Pennsylvania Liquor Control Board, appellant; *Michael E. Wallace*, with him *A. Charles Peruto*, for appellee.

Order affirmed.

Ervin, P. J., and Wright, J., dissented.

## Black, Appellant, v. Ritchey.

Argued September 15, 1967. *C. Taylor*, with him *I. Newton Taylor*, for appellant; *R. Merle Heffner*, with him *Samuel H. Stewart*, for appellee.

Judgment affirmed.

Ervin, P. J., absent.